UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| NEURBY CELENIA DIAZ, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. CV414-272 |
| | ) | CR413-150 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Presently before the Court is Movant Neurby Celenia Diaz' unopposed Motion to Copy Defense Counsel's File. Being duly advised, the Court now **GRANTS** the same and **ORDERS** as follows:

a. Attorney Arvo Henifin must digitize his entire defense file, including PSI Reports and Addenda, relating to his appointment of Ms. Diaz in Case Number 4:13-cr-150, including time logs, at a commercially reasonable rate and to deliver the same to attorney Howard W. Anderson, III no later than December 31, 2015 (or such later time as he and Mr. Anderson may agree in writing).

b. Ms. Diaz will make the digitized file, less any privileged material, available to the Government for inspection no later than January 11, 2015; and

c. Ms. Diaz will provide the Government with a privilege log for any privileged documents from Mr. Henifin's digitized file no later than January 11, 2015.

**SO ORDERED**, this  28th  day of December, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA